JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHELLE A. PAVELEK
Special Assistant United States Attorney
CA State Bar No.: 300642
   Social Security Administration
   Office of Program Litigation, Office 7
   6401 Security Boulevard
   Baltimore, MD 21235
Tel: (510) 970-4862
Fax: (415) 744-0134
E-mail: michelle.a.pavelek@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KALEY REEDER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-07633-FLA-SHK<br><br>**[~~PROPOSED~~]**<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
2  captioned action is remanded to the Commissioner of Social Security for further
3  proceedings consistent with the Stipulation of Remand.

DATED: 1/28/2025

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE